**FILED**
Apr 21 2021
3:52 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/ emilybl      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ISMAEL ORTEGA,<br>aka Ismael Ortega-Nava,<br><br>    Defendant. | Case No. '21 CR 1233 GPC<br><br>**NOTICE OF RELATED CASE** |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to <u>United States of America v. Ismael Ortega-Nava</u>, Case No. 20CR2372-GPC, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

   <u>  X  </u>  (1) All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

   <u>     </u>  (2) Prosecution against different defendants arises from:

          <u>     </u>  (a) A common wiretap

          <u>     </u>  (b) A common search warrant

          <u>     </u>  (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: April 21, 2021.

RANDY S. GROSSMAN
Acting United States Attorney